D. Victoria Baranetsky SBN #311892
THE CENTER FOR INVESTIGATIVE REPORTING
1400 65th St., Suite 200
Emeryville, CA 94608
Telephone: (510) 809-3160
Fax: (510) 849-6141
vbaranetsky@revealnews.org

Attorney for Plaintiffs

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and LANCE WILLIAMS,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF INTERIOR,<br><br>　　　　　　　Defendant. | CASE NO. _____<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS BY THE CENTER FOR INVESTIGATIVE REPORTING** |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that since the date of the filed complaint, other than the named parties, there is no such interest to report.

DATED: July 2, 2020　　　　　　　　By: */s/ D. Victoria Baranetsky*

　　　　　　　　　　　　　　　　D. Victoria Baranetsky (SBN 311892)
　　　　　　　　　　　　　　　　Rachel Brooke (SBN 330505)
　　　　　　　　　　　　　　　　THE CENTER FOR INVESTIGATIVE REPORTING
　　　　　　　　　　　　　　　　1400 65th St., Suite 200
　　　　　　　　　　　　　　　　Emeryville, CA 94608
　　　　　　　　　　　　　　　　Telephone: (510) 809-3160
　　　　　　　　　　　　　　　　Fax: (510) 849-6141
　　　　　　　　　　　　　　　　Email: vbaranetsky@revealnews.org
　　　　　　　　　　　　　　　　rbrooke@revealnews.org

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Attorneys for Plaintiffs

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all Attorneys for Plaintiffs have concurred in the filing of this document.*