AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

☐

| | |
|---|---|
| The Center for Investigative Reporting and Lance Wiliams<br><br>*Plaintiff(s)*<br>v.<br>United States Department of Interior<br><br>*Defendant(s)* | Civil Action No. CV 20-4427 JCS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States Department of Interior
1849 C Street NW
Washington, D.C. 20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

D. Victoria Baranetsky
The Center for Investigative Reporting
1400 65th Street, Suite 200
Emeryville, CA 94608

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date: July 6. 2020

Gina Agustine
*Signature of Clerk or Deputy Clerk*